UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Charles Cornelius Collins**                            **Docket No. 7:14-CR-69-1BO**
**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Charles Cornelius Collins, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Convicted Felon, was sentenced by the Honorable Roger W. Titus, U.S. District Judge for the District of Maryland, on September 10, 2012, to the custody of the Bureau of Prisons for a term of 32 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Charles Cornelius Collins was released from custody on July 10, 2014, at which time the term of supervised release commenced.

Jurisdiction was transferred to the Eastern District of North Carolina on August 22, 2014.

On May 12, 2015, a Petition for Action on Supervised Release was sent to the court striking the condition referring to the Eastern District of North Carolina Sex Offender Program and in lieu thereof, imposing specified conditions individualized to the defendant's needs.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 12, 2015, Collins submitted to a urinalysis screening, which was confirmed as positive for cocaine by Alere Laboratories. Collins was confronted about this test on May 28, 2015, at which time he admitted to using cocaine on May 10, 2015, and signed an admission form to this fact. At that time, Collins admitted to using cocaine a second time on May 25, 2015, and signed an admission form to this fact. Collins submitted to a urinalysis screening on May 28, 2015; however, the results have yet to be received. Collins was referred to Substance Abuse Professional Services in Wilson, North Carolina, for a substance abuse assessment and he was placed in the Surprise Urinalysis Program (SUP) at the highest level of testing (three times monthly).

As a sanction for the violation conduct, the probation officer recommends the imposition of the DROPS Program to deter against future use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

Charles Cornelius Collins
Docket No. 7:14-CR-69-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,
/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: May 28, 2015

## ORDER OF THE COURT

Considered and ordered this 29 day of May, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge